# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| SSD CONTROL TECHNOLOGY, INC.,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CUSTOM MACHINE MFG., LLC, and<br>PRECISION VINYL PRODUCTS, INC.,<br>　　　Defendants. | )<br>)<br>)<br>) CASE NO. <u>3:02 CV 0254 RM</u><br>)<br>)<br>)<br>) |

### ORDER

Based on the Stipulation of the parties, the Court hereby orders that this case, in its entirety, be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Entered: 5/14/03

　　　　　　　　　　　　　　　　　　　　　　　　s/Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

Service Copies to:

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana  46544

Sean E. Kenyon
212 East LaSalle Avenue
South Bend, Indiana 46634-0237

Lee F. Grossman
David C. Read
Andrew C. Warnecke
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive, Suite 6300
Chicago, Illinois 60606-6402