

# United States District Court

## Northern District of Indiana

SSD CONTROL TECHNOLOGY INC.
        Plaintiff

                                   **JUDGMENT IN A CIVIL CASE**

      v.

                                   **Case No. 3:02-CV-254 RM**

CUSTOM MACHINE MFG LLC
and PRECISION VINYL PRODUCTS INC.
        Defendants

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH

PREJUDICE.  Each party will bear its own attorneys' fees and costs.

                             Stephen R. Ludwig, Clerk

                             By _____
                                       Deputy Clerk

**Equivalent Coupon Issue Yield**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **May 15, 2003**.